Ex. &c. No. 1566. STATE *v.* ROBERT E. FAIRBROTHERS, STATE *v.* JOHN ROSSI, STATE *v.* RUDOLPHO G. SCIARRA. Petition to reargue denied. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Anthony DelGuidice,* for Robert E. Fairbrothers, *Raymond J. Daniel,* for

John Rossi; *Charles J. Rogers, Jr.,* for Rudolpho G. Sciarra, for defendants-petitioners.

